UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE FUENTES, JETAIME HOWARD, MIANIKA SMITH, SHARI GOODMAN, and JERMAIN HAYES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIRUSH, LLC d/b/a UNIRUSH FINANCIAL SERVICES, RUSH COMMUNICATIONS, LLC, RUSH COMMUNICATIONS of NYC, INC., META FINANCIAL GROUP, INC., and METABANK,<br><br>Defendants. | No. 1:15-cv-08372-JPO |

**PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(3), Plaintiffs Stephanie Fuentes, Jetaime Howard, Mianika Smith, Shari Goodman, Jermain Hayes, Ivy Huff, John Golden, Latayqa Little, Jackie Brown, Mnemosyne Collier, Stephanie Walton, Akil Patterson, William Townsend, Nicole Jones, and Marah Peterkin ("Plaintiffs" or "Class Representatives") hereby move this Court for the entry of an Order providing the following relief:

1. Finally certifying the settlement class;

2. Approving as fair, reasonable and adequate the settlement as memorialized in the Stipulation and Agreement of Settlement, previously provided to the Court;

3. Approving payment of a service award in the amount of $500.00 to each Plaintiff

1

in recognition of his or her efforts as Class Representatives;

4. Approving payment to Class Counsel of attorneys' fees and costs and expenses in the amount of $1,500,000.00; and

5. Retaining jurisdiction over the enforcement of the Settlement.

This motion is based upon Plaintiffs' Memorandum of Law in support of their Unopposed Motion for Certification of the Settlement Class and Final Approval of Class Action Settlement, Plaintiffs' Memorandum in support of their Motion for Attorneys' Fees, Costs and Expenses and Service Award to Plaintiffs as Class Representatives, the Declaration of Brian S. Devery, and the Declaration of John A. Yanchunis filed concurrently herewith, and is also based upon the pleadings and papers on file in this action, and other such evidence or argument as may be presented to the Court at the hearing on this Motion.

Dated: August 9, 2016

Respectfully submitted,

/s/ John A. Yanchunis
JOHN A. YANCHUNIS
Florida Bar No. 324681
**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505

/s/ Jean Sutton Martin
JEAN SUTTON MARTIN
North Carolina Bar Number 25703
**Law Office of Jean Sutton Martin PLLC**
2018 Eastwood Road Suite 225
Wilmington, NC 28403
Telephone: (910) 292-6676

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

Charles J. LaDuca
**Cuneo Gilbert & LaDuca, LLP**
8120 Woodmont Ave, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960

Michael McShane
**Audet & Partners, LLP**
711 Van Ness Ave. Suite 500
San Francisco, CA 94102
Telephone: (415) 568-2555

Hunter J. Shkolnik
**Napoli Shkolnik PLLC**
1301 Avenue of the Americas, 10th Floor
New York, NY 10019
Telephone: (212) 397-1000

Lewis Eidson
**Colson Hicks Eidson**
225 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Telephone: (305) 467-7400

Joseph G. Sauder
**McCuneWright LLP**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (610) 200-0580

*__Class Counsel for Plaintiffs and the Settlement Class__*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Motion to be electronically filed in this case on August 9, 2016, using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

/s/ John A. Yanchunis
JOHN A. YANCHUNIS
Florida Bar No. 324681
**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505