UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE FUENTES, JETAIME HOWARD, MIANIKA SMITH, SHARI GOODMAN, and JERMAIN HAYES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UNIRUSH, LLC d/b/a UNIRUSH FINANCIAL SERVICES, RUSH COMMUNICATIONS, LLC, RUSH COMMUNICATIONS of NYC, INC., META FINANCIAL GROUP, INC., and METABANK,<br><br>    Defendants. | No. 1:15-cv-08372-JPO |

**PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND EXPENSES AND SERVICE AWARDS TO PLAINTIFFS AS CLASS REPRESENTATIVES**

To all parties and their attorneys of record, please take notice that on September 12, 2016 at 11:00 a.m. in Courtroom 706 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, before the Honorable J. Paul Oetken, Plaintiffs Stephanie Fuentes, Jetaime Howard, Mianika Smith, Shari Goodman, Jermain Hayes, Ivy Huff, John Golden, Latayqa Little, Jackie Brown, Mnemosyne Collier, Stephanie Walton, Akil Patterson, William Townsend, Nicole Jones, and Marah Peterkinwill and hereby move for an Order awarding attorneys' fees and reimbursement of costs and expenses to Class Counsel and a service award to each Plaintiff.

Class Counsel seek an award of $1,500,000 in attorneys' fees and costs and expenses,

1

pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, and in accordance with the parties' Stipulation and Agreement of Settlement, for their efforts and risks litigating this action and the benefits obtained for the Class. Plaintiffs and Class Counsel also seek approval of a service award in the amount of $500.00 to each Plaintiff in recognition of Plaintiffs serving as Class Representatives.

This motion is based upon Plaintiffs' Memorandum in support, the Stipulation and Agreement of Settlement, the Declarations of Class Counsel, the pleadings and papers on file in this action, and other such evidence or argument as may be presented to the Court at the hearing on this Motion.

Defendants do not oppose this Motion.

Dated: August 9, 2016

Respectfully submitted,

/s/ John A. Yanchunis
JOHN A. YANCHUNIS
Florida Bar No. 324681
**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505

/s/ Jean Sutton Martin
JEAN SUTTON MARTIN
North Carolina Bar Number 25703
**Law Office of Jean Sutton Martin PLLC**
2018 Eastwood Road Suite 225
Wilmington, NC 28403
Telephone: (910) 292-6676

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

Charles J. LaDuca
**Cuneo Gilbert & LaDuca, LLP**
8120 Woodmont Ave, Suite 810

Bethesda, MD 20814
Telephone: (202) 789-3960

Michael McShane
**Audet & Partners, LLP**
711 Van Ness Ave. Suite 500
San Francisco, CA 94102
Telephone: (415) 568-2555

Hunter J. Shkolnik
**Napoli Shkolnik PLLC**
1301 Avenue of the Americas, 10th Floor
New York, NY 10019
Telephone: (212) 397-1000

Lewis Eidson
**Colson Hicks Eidson**
225 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Telephone: (305) 467-7400

Joseph G. Sauder
**MCCUNEWRIGHT LLP**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (610) 200-0580

*__Class Counsel for Plaintiffs and the Settlement Class__*

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing **MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND EXPENSES AND SERVICE AWARDS TO PLAINTIFFS AS CLASS REPRESENTATIVES** to be electronically filed in this case on August 9, 2016, using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

/s/ John A. Yanchunis
JOHN A. YANCHUNIS
Florida Bar No. 324681
**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505